

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-44,581-02

**EX PARTE NICKY CHARUNE AGNEW, Applicant**

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
## CAUSE NO. 007-1194-11-A IN THE 7TH DISTRICT COURT
## FROM SMITH COUNTY

*Per curiam*.

## O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of the offense of possession of a controlled substance and sentenced to imprisonment for life.

Applicant complains that: appellate counsel was ineffective regarding a motion for rehearing; trial counsel was ineffective for abandoning a meritorious suppression argument; trial counsel was ineffective for failing to object to testimony from a DEA agent; trial counsel was ineffective for failing to object to testimony regarding cocaine addicts; and trial counsel was ineffective for failing

to object to closing argument. *Strickland v. Washington*, 466 U.S. 668, 687 (1984).

We order that this application be filed and set for submission on Applicant's claim of ineffective assistance of appellate counsel to determine whether the State Trooper who stopped Applicant for a traffic violation had reasonable suspicion to continue Applicant's detention after the purpose for the traffic-stop had ended, whether the drug-evidence discovered after a canine-assisted search should have been suppressed, and whether appellate counsel was ineffective for failing to properly raise the issue before the appellate court. The parties shall brief these issues. This Court has independently reviewed Applicant's remaining claims, and habeas relief as to them is denied.

It appears that Applicant is represented by counsel. If that is not correct, the trial court shall determine whether Applicant is indigent. If Applicant is indigent and desires to be represented by counsel, the trial court shall appoint an attorney to represent Applicant. TEX. CODE CRIM. PROC. art 26.04. The trial court shall send to this Court, within 60 days of the date of this order, a supplemental transcript containing: a confirmation that Applicant is represented by counsel; the order appointing counsel; or a statement that Applicant is not indigent. All briefs shall be filed with this Court within 90 days of the date of this order.

Filed: September 12, 2018
Do not publish